FILED

08 APR 16 PM 4:40

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1199 BTM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Ancillary to 06CR2724-BTM |
| MICHELLE LYNETTE PEREZ, ) | Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |
| Defendant. ) | |

The grand jury charges:

On or about May 14, 2007, within the Southern District of California, defendant MICHELLE LYNETTE PEREZ did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about April 19, 2007, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 and aiding and abetting in violation of Title 18, United States Code, Section 2; all in violation of Title 18, United States Code, Section 3146.

DATED: April 16, 2008.

A TRUE BILL:

/s/ Hewitt
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ Aaron B. Clark
AARON B. CLARK
Assistant U.S. Attorney

ABC:nlv:San Diego
4/14/08