AO 442

FID no. 1326748

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

00830.298
8/22/1994

UNITED STATES OF AMERICA

V.

Michelle Lynette Perez

FILED
2008 MAY 22 PM 1:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

## WARRANT FOR ARREST

CASE NUMBER: 08cr1199-BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Michelle Lynette Perez
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:3146 - Bail Jumping (Felony)

DATE 5/21/08
ARRESTED BY Self-surrendered to
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY ___

In violation of Title   See Above   United States Code, Section(s) ___

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/J. Hinkle | 04/16/08 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $   No Bail   by   The Honorable Judge Barry Ted Moskowitz
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I B

ALLIE
Locke

DUE 4/21