AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MICHELLE LYNETTE PEREZ | CASE NUMBER: 08CR1199-BTM |

**FILED**
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, MICHELLE LYNETTE PEREZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony); being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 6/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER